ORIGINAL

FILED

08/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0279

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0279

MIKI L. ADAMS,

      Petitioner and Appellee,

v.

DIRK ADAMS,

      Respondent and Appellant.

FILED

AUG 2 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 30, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 29th day of August, 2023.

For the Court,

_____
Chief Justice